UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

IN RE:                                    )
                                          )
RONALD P. HASTINGS                        )        CHAPTER 7
PEGGY JEAN HASTINGS                       )
                                          )
                    Debtors               )        CASE NO. 08-34772
                                          )

## AGREED ORDER ON MOTION TO COMPEL
## TURNOVER OF NON EXEMPT BANK FUNDS AND TAX REFUNDS

* * *   * * *   * * *

This matter having come before the Court on the Motion of the Chapter 7 Trustee, Michael

E. Wheatley, by counsel, to compel the Debtor, Ronald P. Hastings to turn over non-exempt estate

property, a hearing having been held, the parties having come to an agreement and the Court being

otherwise sufficiently advised;

**IT IS HEREBY ORDERED** by the Court that the Debtor, Ronald P. Hastings shall pay to

the Chapter 7 Trustee the sum of $5,301.73, representing non exempt bank funds and tax refunds,

within thirty (30) days of entry of this Order.

HAVE SEEN AND AGREED TO:

/s/ Neil C. Bordy                          /s/ Christopher T. Kurtz
NEIL C. BORDY                              CHRISTOPHER T. KURTZ
SEILLER WATERMAN LLC                       KURTZ & KURTZ ATTORNEYS
22nd Floor-Meidinger Tower                 2721 Taylorsville Rd.
462 S. Fourth Street                       Louisville, Kentucky 40202
Louisville, Kentucky 40202-3445            Counsel for Debtor
Counsel for Trustee
G:\doc\NCB\Wheatley\Hastings\Pldgs\Agreed Order.wpd

1